UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **25-3692**          Case Manager: **Kelly Stephens**

Case Name: **Michael Washington v. City of Cincinnati, et al.**

Is this case a cross appeal?  ☐ Yes  ☑ No
Has this case or a related one been before this court previously?  ☐ Yes  ☑ No
If yes, state:
  Case Name: _____ Citation: _____
  Was that case mediated through the court's program?  ☐ Yes  ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

This appeal is being taken against Plaintiff Michael Washington. The issues involve whether the Court properly denied qualified immunity on Plaintiff's procedural due process claims and whether Defendant Long is entitled to statutory immunity under Ohio Revised Code Chapter 2744 on Plaintiff's defamation claim.

This is to certify that a copy of this statement was served on opposing counsel of record this **3rd** day of **September**, **2025**.

**William C. Hicks**
Name of Counsel for Appellant

6CA 53
Rev. 6/08