OFFICE OF THE CIRCUIT MEDIATORS
**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**
331 POTTER STEWART U.S. COURTHOUSE

CATHERINE C. GEYER
 *Chief Circuit Mediator*
KATHRYN L. WOLLENBURG
SCOTT COBURN
JOHN A. MINTER

100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988
CA06-MEDIATION@CA6.USCOURTS.GOV

TELEPHONE (513) 564-7330
FAX (513) 564-7349

September 30, 2025

Matthew T. Crawford
William Christopher Hicks
Stephen E. Imm
Samantha B. Isaacs
Matthew S. Okiishi
Matthew Jacob Slovin

Re:  *Michael Washington v. City of Cincinnati, OH, et al*, CA No. 25-3692

## **CANCELATION NOTICE**

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the mediation conference currently scheduled for  **October 1, 2025**, is hereby **CANCELED**.

Sincerely,

Connie A. Weiskittel
Mediation Administrator

cc:     Scott Coburn