**403 - 4th Floor Courtroom, 1:00 P.M.**                    **Thursday, March 19, 2026**

## Stranch, Readler, Bloomekatz

**25-3692   Michael Washington v. City of Cincinnati, OH, et al.**

Michael Washington                                          ret   Stephen E. Imm

    **Plaintiff – Appellee**

        **V.**

City of Cincinnati, OH, et al.                              ret   Matthew T. Crawford
                                          *3 Minutes Rebuttal*

    **Defendants – Appellants**

*Robin L. Johnson, Courtroom Deputy*

    Defendants appeal an order denying qualified immunity and statutory immunity from certain claims in this civil action.   (15 Minutes Per Side)